AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CARL IVAN DOUBLE,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 119-126

RONALD BRAWNER,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of April 16, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. The Respondent's Motion to Dismiss is GRANTED, the petition file pursuant to 28 U.S.C. § 2254 is DISMISSED without prejudice, and a COA in this case is DENIED. Judgment is entered in favor of the Respondent, RONALD BRAWNER, and this civil action stands CLOSED.

| | |
|---|---|
| 04/16/2020 | John E. Triplett, Acting Clerk |
| *Date* | *Clerk* |
| | *Tara H. Burton* |
| | *(By) Deputy Clerk* |

GAS Rev 10/1/03